UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

CORDEYAIR BROWN                                                                    PETITIONER

V.                                                  CAUSE NO. 3:23-CV-244-KHJ-MTP

BILLIE SOLLIE                                                                      RESPONDENT

FINAL JUDGMENT

Consistent with its order entered today and Federal Rule of Civil Procedure 58, the Court enters this Final Judgment and DISMISSES Brown's [1] Petition without prejudice.

SO ORDERED, this the 3rd day of July, 2023.

s/ *Kristi H. Johnson*
UNITED STATES DISTRICT JUDGE